**Opinion issued August 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00601-CV

————————————

## IN RE RAMESH KAPUR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ramesh Kapur, has filed a petition for writ of mandamus, complaining of the trial court's denial of a motion to set a supersedeas bond.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *HReal Company LLC v. Carol Gafford and/or All to the Occupants of 6601 Sands Point Drive, #69, Houston, TX 77074*, cause number 1190899, pending in the County Civil Court at Law No. 3 of Harris County, Texas, the Honorable LaShawn A. Williams presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.